```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THE SEREN FASHION ART AND INTERIORS, LLC, ET AL.,

        Plaintiffs,

- against -

EVERETT K. SANDS,

        Defendant.

23-cv-10899 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court will hold a pre-motion conference in this case on **January 12, 2024,** at **2:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

The Court notes that Plaintiff The Seren Fashion Art and Interiors, LLC, cannot appear in this Court without counsel. See Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983). If that plaintiff fails to appear by counsel by **January 12, 2024,** that party's claim may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           December 22, 2023

                                        John G. Koeltl
                                United States District Judge