UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEHRA WAHEED,

           Plaintiff,

   - against -

EVERETT K. SANDS,

           Defendant.

23-cv-10899 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The pro se plaintiff in this case has filed an "emergency affidavit" in which the plaintiff "request[s] immediate judicial review of [the] amended complaint . . . [and] an expedited Order . . . ." ECF No. 17.

    Courts must read the papers of pro se litigants "liberally and interpret them to raise the strongest arguments that they suggest." Brownell v. Krom, 446 F.3d 305, 310 (2d Cir. 2006). The Court construes the emergency affidavit of the plaintiff in this case as an application for a preliminary injunction.

    Accordingly, the defendant is directed to respond to the plaintiff's application within ten days. The plaintiff should reply five days thereafter.

SO ORDERED.

Dated:    New York, New York
           February 9, 2024

                                                   John G. Koeltl
                                         United States District Judge