```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
──────────────────────────────────────────

**SEHRA WAHEED,**

               **Plaintiff,**

                                                       **23-cv-10899 (JGK)**

      - against –

                                                       <u>**ORDER**</u>

**EVERETT K. SANDS,**

               **Defendant.**

──────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The request for an expedited money judgment is denied. <u>See</u> ECF No. 28. For the reasons stated in the order denying the plaintiff's request for a preliminary injunction, <u>see</u> ECF No. 30, the plaintiff has failed to show a likelihood of success on the merits.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **February 29, 2024**                           **/s/ John G. Koeltl**
                                                             ────────────────────
                                                             **John G. Koeltl**
                                                   **United States District Judge**