**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SEHRA WAHEED,

                    Plaintiff,

     -against-                                                       23 **CIVIL** 10899 (JGK)

                                                                                **AMENDED JUDGMENT**

EVERETT K. SANDS,

                    Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Memorandum Opinion and Order dated April 22, 2024, the Court has considered all of the parties' arguments. To the extent not specifically addressed, the arguments are either moot or without merit. The defendant's motion to dismiss is granted, and the plaintiff's motion for reconsideration is denied. Judgment is entered dismissing this action. The Court declines to find good cause for the plaintiff to proceed in forma pauperis on appeal. See 28 U.S.C. Section 1915; accordingly, the case is closed.

**Dated:**  New York, New York

      April 22, 2024

                                                             **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                              **BY:**       *K. Mango*

                                                              **Deputy Clerk**