UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEHRA WAHEED,

                Plaintiff,

    - against -

EVERETT K. SANDS,

                Defendant.

---

23-cv-10899 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff has requested to remand this case to the state court, but this case has been dismissed and there is therefore nothing to remand to the state court. The plaintiff may bring any cases in the state court, including any case for her company, that are articulable and are not foreclosed.

    The request to remand is **denied**.

SO ORDERED.

Dated:    New York, New York
           April 22, 2024

                                    John G. Koeltl
                                  United States District Judge