```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THE SEREN FASHION ART AND
INTERIORS, LLC, ET AL.,                    23-cv-10899 (JGK)

                Plaintiffs,                ORDER

    - against -

EVERETT K. SANDS,

                Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff moves to seal this case on the grounds that there is personal identifying information contained in the documents that could be hacked and used against the plaintiff. However, this case was originally brought by the plaintiff in state court and removed to this Court. The case was dismissed in April 2024, without any request to seal the case.

    There is no basis to seal the entire case. To the extent that there may be personal identifying information in the record, the plaintiff should submit documents redacted to eliminate personal identifying information (including social security numbers, names of minor children, dates of birth, financial account numbers, personal identifying numbers like a driver's license number, and medical records, see United States District Court, Southern District of New York, Electronic Case Filing Rules & Instructions Rules 21.3-21.4 (July 24, 2023

Edition)). The redacted documents will then be placed in the record and the originals will be filed under seal.

SO ORDERED.

Dated:   New York, New York
         January 22, 2025

                                         _____
                                              John G. Koeltl
                                         United States District Judge