UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE SEREN FASHION ART AND
INTERIORS, LLC, ET AL.,　　　　　　　　　　23-cv-10899 (JGK)

　　　　　　　Plaintiffs,　　　　　　　　　ORDER

　　- against -

EVERETT K. SANDS,

　　　　　　　Defendant.

---

JOHN G. KOELTL, District Judge:

　　The plaintiff has emailed several filings directly to the Court. To ensure that any electronic filings are properly docketed, the plaintiff should email any filings to ProSe@nysd.uscourts.gov so that the Court's Pro Se Unit can process the filings accordingly.

　　The Pro Se Intake Unit can provide court forms and answer procedural questions. It can be reached at 212-805-0175.

SO ORDERED.

Dated:　　New York, New York
　　　　　January 27, 2025

　　　　　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge