UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE SEREN FASHION ART AND
INTERIORS, LLC, ET AL.,                    23-cv-10899 (JGK)

                Plaintiffs,            ORDER

    - against -

EVERETT K. SANDS,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff has failed to identify the personal identifying information in the filings in this case and plainly seeks to seal information that is not personal identifying information and that has been in the public docket as a result of the plaintiff's own filings. There is no compelling showing to seal all the documents listed in the plaintiff's submission dated January 27, 2025. See ECF No. 45.

    If there is specific personal identifying information that the plaintiff can point to, the plaintiff can make a specific request by submitting the documents with personal identifying information redacted.

SO ORDERED.

Dated:    New York, New York
           January 28, 2025

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                    United States District Judge