UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE SEREN FASHION ART AND INTERIORS, LLC, ET AL.,

          Plaintiffs,

  - against -

EVERETT K. SANDS,

          Defendant.

23-cv-10899 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff has emailed several filings directly to the Court. To ensure that any electronic filings are properly docketed, the plaintiff should email any filings to ProSe@nysd.uscourts.gov so that the Court's Pro Se Unit can process the filings accordingly.

    The Pro Se Intake Unit can provide court forms and answer procedural questions. It can be reached at 212-805-0175.

**SO ORDERED.**

Dated:    New York, New York
            September 11, 2025

                                            John G. Koeltl
                                   United States District Judge