UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE SEREN FASHION ART AND INTERIORS,
LLC,                                           23-cv-10899 (JGK)

           Plaintiffs,                    ORDER

  - against -

EVERETT K. SANDS, ET AL.,

           Defendants.

---

JOHN G. KOELTL, District Judge:

The defendants have not responded to the plaintiffs' motion to vacate the judgment and reopen the case. The time for the defendants to respond to the plaintiffs' motion is extended to **October 21, 2025.** If the defendants fail to respond by **October 21, 2025,** the motion shall be decided on the current papers.

SO ORDERED.

Dated:  New York, New York
       October 7, 2025

                                                  John G. Koeltl
                                       United States District Judge